IN RE: C.M.C., a Minor,

Appeal of: C.L.C.

**1460 WDA 2016**

Superior Court of Pennsylvania.

3/6/2017

2015 AD 32
(Blair)

Affirmed

**BRYN MAWR TRUST**

v.

**QUINN, N.**

**2846 EDA 2015**

Superior Court of Pennsylvania.

03/07/2017

2014–33377
(Montgomery)

Affirmed

**COM.**

v.

**JACKSON, C.**

**530 EDA 2015**

Superior Court of Pennsylvania.

03/07/2017

CP–51–CR–0330781–1992
(Philadelphia)

Affirmed

**HANKIN, M.**

v.

**KION DEFENSE TECHNOLOGIES**

**359 EDA 2016**

Superior Court of Pennsylvania.

03/07/2017

No. 2015–16284
(Montgomery)

Affirmed